NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**DONALD D. GNADER, JR.,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7153

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1686, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

The court treats the various motions to stay proceedings as a motion for an extension of time for the appellant to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

DONALD GNADER, JR. v. SHINSEKI                              2

     The motion is granted.  The appellant's opening brief is due within 30 days of the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26